| | |
|---|---|
| 1 | PETER SCALISI, ESQ. SBN 90131 |
| 2 | LAW OFFICES OF PETER SCALISI<br>17897 MacArthur Blvd. 2nd Fl. |
| 3 | Irvine CA  92614<br>(949)261-9914 |
| 4 | |
| 5 | In Pro Se |

rcvd

FILED
NOV 13 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 X
JS-2/JS-3 ____
Scan Only ____

LODGED

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

SACV 08- 1154 CAS

| | |
|---|---|
| Official Committee of Unsecured Creditors of Checkmate Staffing, Inc., a California Corporation, et al., | Case No.: 08:03-bk-19318-RK |
| Plaintiff, | Chapter 11 |
| vs. | Adv.No. 08:05-ad-01668-RK |
| PETER SCALISI, | |
| Defendant. | DEFENDANT SCALISI'S NOTICE OF DISMISSAL OF APPEAL |

TO ALL ATTORNEYS OF RECORD AND THE PARTIES HEREIN:

NOTICE IS HEREBY GIVEN THAT: PETER SCALISI, in the above-entitled action, hereby dismisses the appeal brought in the UNITED STATES COURT OF APPEALS for the Federal District.

DATED: 11/13/08

IT IS SO ORDERED
Dated 12/12/08
_Christina A. Snyder_
United States District Judge

_Peter Scalisi_
PETER SCALISI
Defendant, In Pro Se

DEFENDANT SCALISI'S NOTICE OF DISMISSAL OF APPEAL - 1

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an employee in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 900 W. 17th St., Ste. C Santa Ana CA 92706.

On Nov. 13, 2008, I served the foregoing documents described as:

DEFENDANT'S SCALISI NOTICE OF DISMISSAL

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United Stated mail addressed as indicated on the proof of service list provided.

**BY PERSONAL SERVICE:** By causing the documents listed above to be personally served to the person(s) at the address(es) set forth on the following page. **(SEE ATTACHED SERVICE LIST)**

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.   **(SEE ATTACHED SERVICE LIST)**

**BY FACSIMILE:** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before the close of business.

**BY EXPRESS MAIL:** By placing the document(s) listed above in a sealed envelope in the United States Mail – in the designated Express Mail mailbox, subpost office, substation, or other like facility at Irvine, California, addressed as set forth below.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**STATE:** I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

✗ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on **Nov 14 08**, at Los Alamitos, California.

_____

**PROOF OF SERVICE LIST FOR**
*Checkmate v. Cavallo Case # 08:03-bk-19318-RK*

Craig M. Ranklin, Esq.
Daniel H. Reiss, Esq.
Todd M. Arnold, Esq.
Levene, Neale, Bender, Tankin & Brill, LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA  90067